UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Lax & Company, Inc. et al., )
                                )  Case No: 3:15-cv-04085
      Plaintiff(s), )
                                  )  **APPLICATION FOR**
v.                                   )  **ADMISSION OF ATTORNEY**
                                  )  **PRO HAC VICE**
American Airlines Group, Inc., et al., )  (CIVIL LOCAL RULE 11-3)
                                  )
      Defendant(s). )

    I, Roger A. Sachar, Jr., an active member in good standing of the bar of The Supreme Court of Missouri, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Lax & Company, Inc. and Howard Robinson, in the above entitled action.  My local co-counsel in this case is Lesley E. Weaver, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Morgan & Morgan, P.C., 28 West 44th Street, Suite 2001, New York, NY  10036 | Block & Leviton LLP, 520 Third Street, Suite 108, Oakland, CA  94607 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (646) 863-5704 | (415) 968-8999 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| RSachar@MorganSecuritiesLaw.com | lweaver@blockesq.com |

    I am an active member in good standing of a United States Court of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 61243.
    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.
    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.
    *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/28/15                                         Roger A. Sachar, Jr.
                                                                           APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Roger A. Sachar, Jr. is granted, subject to the terms and conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac vice*.  Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 28, 2015.
                                                     UNITED STATES DISTRICT/MAGISTRATE JUDGE